UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JORDAN L. MOORE,

                Plaintiff,

v.                                                   ORDER

CITY OF YONKERS, et al.,                 19-cv-03629 (PMH)

                Defendants.
------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        This matter has recently been reassigned to me. As there has been no substantive activity on this docket since July 25, 2019, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by April 27, 2020. Defendants are directed to mail a copy of this Order to Plaintiff at the address listed on the docket and file proof of service on the docket.

Dated: New York, New York
          April 8, 2020

_____
Philip M. Halpern
United States District Judge