UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JORDAN L. MOORE,

                      Plaintiff,

v.                                        **ORDER**

CITY OF YONKERS, et al.,                19-cv-3629 (PMH)

                      Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On July 29, 2020 the Court held a status conference. Counsel for Defendants and pro se Plaintiff appeared via telephone. On May 14, 2019, Judge Roman issued a *Valentin* Order directing the City of Yonkers Office of Corporation Counsel to identify the three John Doe Defendants in Plaintiff's Complaint. (*See* Doc. 6). Counsel for Defendants is directed to comply with the *Valentin* Order, and shall notify the Court and Plaintiff within 30 days of the identity of the John Doe Defendants. After Counsel for Defendant identifies the John Doe Defendants, Plaintiff shall file an Amended Complaint within 30 days to name the identified Defendants. During the conference, counsel for Defendants agreed to accept service on behalf of the yet-to-be-named John Doe Defendants after Plaintiff files his Amended Complaint.

Additionally, the Court directs Plaintiff to complete the unsealing form sent to him by Defendants forthwith. A Civil Case Discovery Plan and Scheduling Order is forthcoming.

                                                        **SO ORDERED:**

Dated: New York, New York
          July 29, 2020

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge