UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JORDAN L. MOORE,

                                                Plaintiff,      ~~PROPOSED~~ ORDER

-against-

                                                                   19 Civ. 3629 (PMH)

CITY OF YONKERS, YONKERS P.O.
MORAN # 1133, YONKERS P.O.
NEVILLE BENNETT, YONKERS DET.
JOHN DOE # 1, YONKERS DET.
JOHN DOE # 2, Individually and Officially,

                                                Defendants.
-----------------------------------------------------------------X

Upon Defendants' application for leave to take the deposition of plaintiff, Jordan L. Moore, an inmate and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED: that the Superintendent or other official in charge of the Southport Correctional Facility shall have inmate Jordan L. Moore (ID# 19-A-3057) appear in such place as designated by the Superintendent or other official in charge of Southport Correctional Facility so that his deposition may be taken by video on January 26, 2021 at 10:00 a.m.

Dated: January 5, 2021
         White Plains, New York

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge