UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN L. MOORE, | |
| Plaintiff, | 19-CV-03629 (PMH) |
| -against- | **ORDER** |
| CITY OF YONKERS, et al., | |
| Defendants. | |

PHILIP M. HALPERN, United States District Judge:

On February 2, 2021, the Court held a status conference during which *pro se* Plaintiff and counsel for Defendants appeared via telephone. The Court directs Defendants to (1) mail a copy of the unsealing order to Plaintiff forthwith and (2) contact the Yonkers Police Department to facilitate the return of property seized when Plaintiff was arrested (Nike sneakers and money) and again check if the Yonkers Police Department is in possession of a cell phone seized from Plaintiff. Defendants shall file a letter via ECF providing the Court an update of same.

The Court directs Plaintiff to complete the unsealing form as soon as is practicable, and in no event later than March 2, 2021, and return the completed form to the Court and counsel for Defendants.

The Court extends the close of discovery until March 19, 2021. The next status conference shall be March 25, 2021 at 11:30 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. Counsel for Defendants is responsible for making all arrangements necessary for Plaintiff to appear via telephone. Counsel for Defendants is directed to mail a copy of this Order to Plaintiff at the address provided on the docket and provide proof of service on the docket.

SO ORDERED.

Dated: February 2, 2021
      New York, New York

_____
PHILIP M. HALPERN
United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. Sergeant Stephan Pietre
   Downstate Correctional Facility
   121 Red Schoolhouse Road
   P.O. Box 445
   Fishkill, NY 12524-0445

2. Officer Kendre Lyons
   Downstate Correctional Facility
   121 Red Schoolhouse Road
   P.O. Box 445
   Fishkill, NY 12524-0445