UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN L. MOORE,

                         Plaintiff,

            -against-

CITY OF YONKERS, et al.,

                         Defendants.

19-CV-03629 (PMH)

**ORDER**

PHILIP M. HALPERN, United States District Judge:

On March 26, 2021, the Court held a status conference during which *pro se* Plaintiff and counsel for Defendants appeared via telephone. Counsel for Defendants are directed, by April 9, 2021, to notify Plaintiff and the Court that (1) Plaintiff's family may retrieve Plaintiff's belongings from the Yonkers Police Department and (2) Defendants have obtained the balance of the sealed documents relevant to this action. Thereafter, Defendants may arrange for and take Plaintiff's deposition on or before April 30, 2021 and counsel for Defendants shall notify the Court that the deposition has been completed by April 30, 2021.

Counsel for Defendants is directed to mail a copy of this Order to Plaintiff at the address provided on the docket and provide proof of service on the docket.

                              SO ORDERED.

Dated:    March 26, 2021
          White Plains, New York

                              _____
                              PHILIP M. HALPERN
                              United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1.    Sergeant Stephan Pietre
      Downstate Correctional Facility
      121 Red Schoolhouse Road
      P.O. Box 445
      Fishkill, NY 12524-0445

2.    Officer Kendre Lyons
      Downstate Correctional Facility
      121 Red Schoolhouse Road
      P.O. Box 445
      Fishkill, NY 12524-0445