UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORDAN L. MOORE,

                      Plaintiff,

-against-

CITY OF YONKERS, et al.,

                      Defendants.

19-CV-03629 (PMH)

**ORDER**

---

PHILIP M. HALPERN, United States District Judge:

      The Court will hold a status conference on November 23, 2021 at 3:30 p.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. Counsel for Defendants is responsible for making all arrangements necessary for Plaintiff to appear via telephone.

      By October 22, 2021, the parties are directed to meet and confer to discuss a potential resolution of this case. Thereafter, counsel for Defendants shall file a letter by October 25, 2021 advising the Court of the outcome of these discussions and whether the parties are interested in being referred to the Magistrate Judge for settlement purposes.

      Should defense counsel indicate that the parties have not reached a settlement agreement and do not wish to be referred to the Magistrate Judge for settlement purposes, the parties shall promptly meet and confer again, and (1) file a Joint Pretrial Order by November 17, 2021 in accordance with the Court's Individual Practice Rule 6.A; and (2) file their remaining pre-trial materials by January 12, 2022 in accordance with the Court's Individual Practice Rule 6.B.

      Counsel for Defendants is directed to mail a copy of this Order to Plaintiff at the address provided on the docket and provide proof of service on the docket.

SO ORDERED.

Dated: White Plains, New York
October 8, 2021

_____
PHILIP M. HALPERN
United States District Judge