UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JORDAN L. MOORE,

                                        Plaintiff,        **JUDGMENT**

                -against-

                                                         19 Civ. 3629 (PMH)

CITY OF YONKERS, YONKERS P.O.
MORAN # 1133, YONKERS P.O.
NEVILLE BENNETT, YONKERS DET.
JOHN DOE # 1, YONKERS DET.
JOHN DOE # 2, Individually and Officially,

                                        Defendants.
-------------------------------------------------------------------X

        **WHEREAS**, plaintiff Jordan Moore commenced this action by filing a complaint on or

about November 4, 2020, alleging that defendants violated his federal civil rights; and

        **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's

allegations; and

        **WHEREAS**, defendants, through the City of Yonkers, served plaintiff with an Offer of

Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on December 20, 2021;

        **WHEREAS**, on December 24, 2021; plaintiff accepted the Offer of Judgment, it is

hereby,

        **ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment against

defendants for the total sum of $5,000.00 in full satisfaction of all claims against the defendants

herein, said $5,000.00 offer being inclusive of costs, disbursements, and attorneys' fees in

plaintiff's favor.   The judgment is in full satisfaction of all claims made by plaintiff and is made

for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be

construed as an admission of liability by defendants or any official, employee, or agent of the

City of Yonkers, or any agency thereof.

Dated: White Plains, New York
      January   12  , 2022

HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE